CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 26, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **MITZI SMITH PICKLE,** | ) |
| Plaintiff, | ) Case No. 1:23CV00030 |
| v. | ) **ORDER CLOSING CASE** |
| **UNITED SALT SALTVILLE, LLC, ET AL.,** | ) Judge James P. Jones |
| Defendant. | ) |

The court having been advised that a settlement has been reached, the case is hereby administratively closed.  The court retains jurisdiction for sixty (60) days. If desired, the parties may hereafter within such time submit an agreed stipulation, final order or judgment.  If no such agreed stipulation, final order or judgment is timely submitted, and if no party files a motion to reopen the case or to enforce the terms of the settlement within such time, this action shall, without further order, stand dismissed with prejudice.

It is so **ORDERED**.

ENTER: August 26, 2024

/s/ James P. Jones
Senior United States District Judge